## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>                Plaintiff,<br><br>  vs.<br><br>OCEAN GROVE NJ LLC, OCEAN GROVE OPERATING LLC, SAGE HOME MANAGEMENT LLC d/b/a SAGE HEALTHCARE PARTNERS, ABC COMPANIES 1-100 (fictitious entities), JOHN DOES 1-100 (fictitious persons)<br><br>                Defendant. | Civil Action No.:<br>3:23-cv-03554-GC-TJB<br><br>**NOTICE OF APPEARANCE**<br>**AARON H. GOULD, ESQ.** |

**PLEASE TAKE NOTICE** that Aaron H. Gould, Attorney at Law, State of New Jersey, hereby enters an appearance as counsel for and on behalf of Defendant, Ocean Grove NJ, LLC, in the above-captioned matter.

                                                    **CONNELL FOLEY LLP**

Dated: July 28, 2023        By:    */s/ Aaron H. Gould* _____
                                                      Aaron H. Gould, Esq.
                                                      **CONNELL FOLEY LLP**
                                                      Harborside 5
                                                      185 Hudson Street, Suite 2510
                                                      Jersey City, NJ 07311
                                                      Tel.: 201.521.1000
                                                      Fax.: 201.521.0100
                                                      *Attorneys for Defendant, Ocean Grove NJ, LLC*

8988147-1