UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

                Plaintiff,

   vs.

OCEAN GROVE NJ LLC, OCEAN GROVE
OPERATING LLC, SAGE HOME
MANAGEMENT LLC d/b/a SAGE HEALTHCARE
PARTNERS, ABC COMPANIES 1-100 (fictitious
entities), JOHN DOES 1-100
(fictitious persons)

                Defendant.

Civil Action No.:
3:23-cv-03554-GC-TJB

**NOTICE OF APPEARANCE
LEO J, HURLEY, ESQ.**

**PLEASE TAKE NOTICE** that Leo J. Hurley, Jr., Attorney at Law, State of New Jersey,

hereby enters an appearance as counsel for and on behalf of Defendant, Ocean Grove NJ, LLC, in

the above-captioned matter.

                             **CONNELL FOLEY LLP**

Dated: July 28, 2023        By: _____
                            Leo J. Hurley, Jr. Esq.
                            **CONNELL FOLEY LLP**
                            Harborside 5
                            185 Hudson Street, Suite 2510
                            Jersey City, NJ 07311
                            Tel.: 201.521.1000
                            Fax.: 201.521.0100
                            *Attorneys for Defendant, Ocean Grove NJ, LLC*