

**CONNELL FOLEY**
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
UNITED STATES OF AMERICA
P 201.521.1000  F 201.521.0100

**Leo J. Hurley, Jr.**
Partner
Direct Dial 201.631.7810
LHurley@connellfoley.com

August 4, 2023

**VIA ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **Federal National Mortgage Association v. Ocean Grove NJ, LLC et al. - 3:23-cv-03554-ZNQ-TJB**

Dear Judge Quraishi:

This firm represents Defendant, Ocean Grove NJ, LLC in the above referenced matter. We write in response to Plaintiff, Federal Nation Mortgage Association's ("Fannie Mae") correspondence to the Court filed on August 2, 2023.

Ocean Grove NJ, LLC did not respond to the Order to Show Cause filed by Fannie Mae by the date set forth in the Court's July 21, 2023 Scheduling Order because it does not oppose the request for the appointment of a receiver or any other relief sought by the Order to Show Cause.

Should the Court determine it is appropriate to schedule a conference or hearing regarding this matter, we are available at Your Honor's convenience.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Leo J. Hurley, Jr., Esq,

Cc: All counsel of record (via ECF)

Roseland     Jersey City     Newark     New York     Cherry Hill     Philadelphia

www.connellfoley.com