

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900  **MAIN**
212.484.3990  **FAX**

afslaw.com

**Brian Farkas**

212.457.5423
brian.farkas@afslaw.com

August 10, 2023

VIA ECF
The Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:    *Federal National Mortgage Association v. Ocean Grove NJ, LLC et al*. (3:23-cv-03554-ZNQ-TJB)

Dear Judge Quraishi:

This Firm represents Plaintiff Federal National Mortgage Association ("Plaintiff").

On August 9, 2023, the Court directed Plaintiff to serve a copy of Your Honor's text order scheduling the August 10, 2023 case management conference on Plaintiff's Order to Show Cause. (ECF No. 23).

Yesterday, service was successfully completed on the two Defendants that have not yet appeared in this action: Ocean Grove Operating LLC and Sage Home Management LLC d/b/a Sage Healthcare Partners. Certificates reflecting this service have now been filed on the docket. (ECF Nos. 24, 25).[1]

We thank the Court for its time and attention to this matter.

Respectfully,

*/s/ Brian Farkas*
Brian Farkas

*Cc (via email and ECF): All counsel of record.*

---

[1] As discussed during today's conference, the only Defendant that has appeared in this action (Ocean Grove NJ LLC) "does not oppose the request for the appointment of a receiver or any other relief sought by the Order to Show Cause." (ECF No. 22).

**Smart In
Your World**®